IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.0.207.93

**ISP:** Comcast Cable
**Physical Location:** Secaucus, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/26/2016 09:26:00 | AF2E40969E0DCE8C7FB7D7EA5EF1DBA9B6BF69AB | Pussy Cat Burglar |
| 08/23/2016 03:00:29 | F1834B3BE05D0C20D9262EAEF53D225166577D3D | Deep in Love |
| 08/12/2016 03:58:25 | FEB60B78C9D9107DE0B1271648E57B0461F8AD35 | Teenage Lust |
| 07/10/2016 11:41:55 | DB6F627E031E3545260A9D08B49DE04CDFA8EA43 | First Time Lesbian Loving |
| 04/11/2016 08:41:03 | 00CE1BBA07FC1CD017C27FB436EE33B0276E87CF | Tropical Sexcapades |
| 03/24/2016 01:17:26 | 6F2F6188B3678A1A12727FE9248432374DDF177D | These Girls Are On Fire |
| 03/21/2016 10:16:18 | 5B2E05E366C6EE761F4C8EB9722612BD8A8E1DD7 | Twice as Nice |
| 03/17/2016 04:29:17 | 1FFEBF373B95BFDE96FC6D9F25D908231186504F | Like The First Time |
| 03/17/2016 02:14:35 | 0729C9E7CBA0801A5C1840033A19E4B13B5C3DC8 | Sweet Sensations |
| 03/16/2016 14:45:26 | 18E26526C27BA6F040B0BD154AC0C00BB95396AD | Horsing Around |
| 03/09/2016 22:38:00 | ED20076F6C3BC904FA3517BCA0BAE747115346A7 | Getting Our Pussies Wet For You |
| 03/09/2016 20:47:29 | 83121B994E6B7C7207588FCB41E3D209C916A9CE | Suds And Sex |
| 02/10/2016 17:11:42 | B3AA3D3C4191EBD1E732A42D6DD9782DD1D05A27 | All I Want for Christmas |
| 02/08/2016 16:04:22 | 8942D4263B07DB44679F72D832841F38BCA447F9 | Selfie Love |
| 02/08/2016 15:24:38 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 02/08/2016 15:23:14 | 960061878F74A6AEF205731B4E88F395A6C68E66 | Make Up Sex |
| 01/10/2016 04:18:19 | 07A703FD50707C52D9C210903BC014A12DEC99DF | Freckle Faced Fox |
| 01/10/2016 04:16:42 | E46F91CEB92F537915B57593C976995AD9BFE763 | Hot Winter Fox |
| 11/02/2015 13:23:48 | D155DB64658FB92636BA8BEBFDC4A990B61043F7 | Let Me Join You |
| 07/31/2015 00:10:50 | 3F89A99D4ED6DC71CC9F7187E7E43F9397717C46 | Come Inside From the Cold |
| 07/27/2015 11:50:48 | B5EE4C27ECA70FCC08F0EA843C835A9BE86296A3 | Angel Dust |
| 07/05/2015 01:40:18 | 4AAE5A36F0676190172F4ADAC6C2349CBF410432 | Girls Just Want To Have Fun |

EXHIBIT A

CNJ617

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/14/2015 12:15:19 | C064B1483816DA420AAF04C27240BA32C34729F2 | A Sexy Lazy Afternoon |
| 06/14/2015 05:47:10 | 5F0B36D3571B6AA3502887465E71B1275F8BB250 | Do Not Keep Me Waiting Part #1 |
| 06/13/2015 23:18:55 | 1360504E9BC53722DC5619CEBCB26C644BD0762E | Do Not Keep Me Waiting Part #2 |
| 04/30/2015 21:56:18 | 016085A1C414542E4D76BA79E3B2132D2658DD14 | Blondes Love Brunettes |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

CNJ617