Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 24.0.207.93, <br><br> Defendant. | Civil Action No. _____ |

### **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

2

        Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
      Patrick J. Cerillo, Esq.
      Patrick J. Cerillo, LLC
      4 Walter E. Foran Blvd., Suite 402
      Flemington, NJ 08822
      Attorney ID No. 01481-1980
      T: (908) 284-0997
      F: (908) 284-0915
      pjcerillolaw@comcast.net
      *Attorneys for Plaintiff*