**ARCHER & GREINER P.C.**
21 Main Street, Suite 353
Court Plaza South, West Wing
Hackensack, New Jersey 07601-7095
(201) 342-6000
*Attorneys for Defendant, John Doe subscriber assigned IP address 24.0.207.93*

BY:   Michael J. Forino, Esq.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br>                    Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 24.0.207.93, <br><br>                    Defendant. | Case No. 2:17-cv-01239-MCA-LDW |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Michael J. Forino, Esquire, of the law firm of Archer & Greiner, P.C., attorneys for Defendant, John Doe subscriber assigned IP address 24.0.207.93, in the above-captioned matter.

**ARCHER & GREINER, P.C.**
*Attorneys for Defendant, John Doe subscriber assigned IP address 24.0.207.93*

By:  */s/Michael J. Forino, Esq.*
       Michael J. Forino, Esq.

Dated: May 24, 2017

212636213v1