

Michael J. Forino
Member of New Jersey
and New York Bars
mforino@archerlaw.com
201-498-8530 (Ext. 7530) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

October 11, 2017

**VIA CM/ECF**
Hon. Leda Dunn Wettre, MJ
U.S. District Court of the District of New Jersey
Courtroom 6E
Clarkson S. Fisher Building & U.S. Courthouse
Trenton, NJ 08608

   Re: **Malibu Media, LLC v. John Doe subscriber assigned IP address 24.0.207.93**
      **Civil Action No. 2:17-cv-01239-MCA-LDW**

Dear Judge Wettre:

  This firm represents the defendant, John Doe subscriber assigned IP address 24.0.207.93 ("Defendant"), in connection with the above referenced matter. We are advised that at the request of Plaintiff's counsel, the Court adjourned the in-person scheduling conference previously scheduled for October 30, 2017 to November 6, 2017. Our client will be away from November 4 through November 11, 2017, and will not have access to a telephone during that time. He will also be away from November 26 through December 1, 2017. To the extent the Court requires that Defendant be available by phone during the scheduling conference, as per the Court's Letter Order dated September 28, 2017, Defendant respectfully requests an adjournment of the scheduling conference to a date that he will be available. We requested consent from Plaintiff's counsel for this adjournment request by way of e-mails dated October 4 and October 9, 2017, and again by phone message this morning, but have not yet received a response.

  Thank you for Your Honor's courtesies and consideration in this matter.

              Respectfully submitted,

              ARCHER & GREINER
              A Professional Corporation

              BY: _____
                Michael J. Forino

MJF:dll
cc: Patrick J. Cerillo, Esquire (via CM/ECF & e-mail)
213343909v1