Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>John Doe Subscriber Assigned IP Address 24.0.207.93,<br><br>    Defendant. | Civil Case No. 2:17-cv-01239-MCA-LDW |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.0.207.93

Plaintiff Malibu Media, LLC and John Doe Subscriber Assigned IP Address 24.0.207.93, by his undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

1

WHEREFORE, Plaintiff and John Doe Subscriber Assigned IP Address 24.0.207.93, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and John Doe Subscriber Assigned IP Address 24.0.207.93, claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and John Doe Subscriber Assigned IP Address 24.0.207.93, consent to the Court having its case closed.

Respectfully submitted,

Dated: January 2, 2018

APPROVED BY:

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

By: _____
Michael Joseph Forino
Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000
Fax: 201-342-6611
Email: mforino@archerlaw.com
*Attorney for the Defendant, John Doe Subscriber Assigned IP address 24.0.207.93*

213737811v1